## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SHIV P. SINGH,
WALTER O. SINGH,                                             Civil 04-1595 (JRT/FLN)
TRAMAYNE TALBOT,
TAMARIA TALBOT AND
DONNA SINGH,

        Plaintiffs,

    v.                                                     **O R D E R**

THE CITY OF MINNEAPOLIS,
et al.,

        Defendants.

Shiv P. Singh, Walter O. Singh, Tramayne Talbot, Tamaria Talbot, and Donna Singh, 3201 Fourth Avenue South, Minneapolis, Minnesota 55408, *pro se* plaintiffs.

CHARLES J. BROWN, JR., **MINNEAPOLIS CITY ATTORNEY'S OFFICE**, 333 South Seventh Street, Suite 300, Minneapolis, Minnesota 55402, for defendants.

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 27, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that defendants' motion for summary judgment [#57] is GRANTED.

DATED: February 17, 2006                        s/John R. Tunheim
at Minneapolis, Minnesota                  JOHN R. TUNHEIM
                                                  United States District Judge